1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ALLINGHAM, | Case No. 5:13-cv-00691-TJH (DTBx) |
| Plaintiff, | [*Hon. Terry J. Hatter, Jr., Ctrm 17*] |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE [JS-6]** |
| COSTCO WHOLESALE CORPORATION, a Corporation doing business in California, COSTCO WHOLESALE MEMBERSHIP, INC., a Corporation doing business in California and DOES 1 through 25, inclusive, | |
| | Date Action Filed:    February 11, 2013 |
| | Pretrial Conference:  September 30, 2013 |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED:

DATED: September 17, 2013

_____
Hon. Terry J. Hatter, Jr.
United States District Judge

[PROPOSED] ORDER  DISMISSING ACTION WITH PREJUDICE

5:13-cv-00691-TJH (DTBx)

15956400v.1